# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| :---: | :--- |
| v. | ) Case: 1:24-mj-00033 |
| Michael Picciuto | ) Assigned To : Judge G. Michael Harvey |
| | ) Assign. Date : 1/29/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Michael Picciuto__,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☒ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) – Obstructing, Impeding, or Interfering with Law Enforcement;
18 U.S.C. § 1363 – Destruction or Injury to Buildings or Property in Special Maritime and Territorial Jurisdiction;
18 U.S.C. § 1752(a)(1) – Entering or Remaining in Any Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) – Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) – Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) – Violent Entry and Disorderly Conduct on Capitol Grounds.
40 U.S.C. § 5104(e)(2)(F) – Act of Physical Violence on U.S. Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) – Parading, Demonstrating, or Picketing in a Capitol Building

Date: 01/29/2024                                     *Issuing officer's signature*

City and state:     Washington, D.C.             G. Michael Harvey, U.S. Magistrate Judge
                                                 *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____
                                                *Arresting officer's signature*

                                                *Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Michael Picciuto

Known aliases:

Last known residence: 9117 Chillicothe Road, Unit 102, Kirtland, Ohio, 44094

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth: 5/1/1998

Social Security number: 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

Height:                           Weight:

Sex:                              Race:

Hair:                             Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency: Federal Bureau of Investigation Cleveland Division / AUSA: Melanie Krebs-Pilotti. 202.870.7457

Investigative agency address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: